

# COURT OF APPEALS
## SECOND DISTRICT OF TEXAS
## FORT WORTH

### NO. 02-13-00081-CR
### NO. 02-13-00082-CR
### NO. 02-13-00083-CR
### NO. 02-13-00084-CR

JOSEPH SHELDON HUTCHESON                                    APPELLANT

V.

THE STATE OF TEXAS                                                   STATE

----------

## FROM CRIMINAL DISTRICT COURT NO. 4 OF TARRANT COUNTY

----------

## MEMORANDUM OPINION[1]

----------

On February 14, 2013 as part of a plea bargain agreement, Joseph Sheldon Hutcheson pleaded guilty to possession of less than one gram of a controlled substance and three charges of driving while intoxicated. The trial court sentenced him to five years' confinement on the charges of driving while

---

[1]*See* Tex. R. App. P. 47.4.

intoxicated and six months' confinement on the possession offense, all to run concurrently. The trial court certified that Hutcheson had no right to appeal. *See* Tex. R. App. P. 25.2(a)(2).

Hutcheson filed four pro se notices of appeal on February 22, 2013. On February 28, 2013, we notified Hutcheson's trial counsel and Hutcheson that Hutcheson had filed pro se notices of appeal, that the trial court certified that Hutcheson had no right to appeal, and that we would dismiss the appeal unless Hutcheson or any party desiring to continue the appeal filed a response showing grounds for continuing the appeal no later than March 11, 2013. *See* Tex. R. App. P. 25.2(d), 44.3.

As of the date of this memorandum opinion, we have received no response to our notice. There is no showing that Hutcheson's sentence exceeded the State's recommendation, that Hutcheson desires to appeal a matter that was raised by written motion filed and ruled on before trial, or that the trial court granted Hutcheson permission to appeal. *See* Tex. R. App. P. 25.2(a)(2). Thus, in accordance with the trial court's certification, we dismiss this appeal. *See* Tex. R. App. P. 25.2(d), 43.2(f); *Chavez v. State*, 183 S.W.3d 675, 680 (Tex. Crim. App. 2006).

PER CURIAM

PANEL:  GABRIEL, J.; LIVINGSTON, C.J.; and DAUPHINOT, J.

DO NOT PUBLISH
Tex. R. App. P. 47.2(b)

DELIVERED:  May 16, 2013